Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR21-108RSM |
| v. | ) |
| | ) ORDER ON REYES-PINA'S |
| | ) MOTION TO SEAL |
| | ) |
| SERGIO REYES PINA, | ) |
| | ) |
| Defendant. | ) |

Having considered Defendant Reyes Pina's Motion to seal,

THE COURT ORDERS THAT The Probation Memo, filed by defense counsel at Dkt #388, shall remain under seal.

DONE this 23rd day of January, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780

Presented by:

_/s/ R. Goldsmith_____
Robert Goldsmith
Attorney for defendant

ORDER - 2