Judge Vaughn

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR21-108RSM |
| | ) |
| v. | ) ORDER ON REYES-PINA'S |
| | ) MOTION TO SEAL |
| | ) |
| SERGIO REYES PINA, | ) |
| | ) |
| Defendant. | ) |
|_____| ) |

Having read Defendant Reyes Pina's Motion to seal,

THE COURT ORDERS THAT The Defendant's letter to the Court shall remain under seal.

DONE this __27th__ day of __January__, 2023.

_____
U.S. District Court Judge

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780

Presented by:


_/s/ R. Goldsmith_
Robert Goldsmith
Attorney for defendant

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780