Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NO. CR21-108RSM |
| | ) | |
| v. | ) | ORDER ON REYES-PINA'S |
| | ) | MOTION TO SEAL |
| | ) | |
| SERGIO REYES PINA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having read Defendant Reyes Pina's Motion to seal,

THE COURT ORDERS THAT Exhibit One Line Sheets shall remain under seal.

DONE this 23rd day of February, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 313-1780

Presented by:

_/s/ R. Goldsmith_____
Robert Goldsmith
Attorney for defendant

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780